UNITED STATE DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

FONDA RODRIGUEZ LLC,

    Plaintiff,

v.                                                CASE NO.: 8:23-CV-01441-VMC-MRM

OHIO SECURITY INSURANCE
COMPANY,

    Defendant.
_____/

## AMENDED COMPLAINT AND DEMAND FOR JURY TRIAL

Plaintiff sues Defendant and alleges:

1. This is an action for damages in excess of Fifty Thousand Dollars ($50,000.00) exclusive of interest, costs and attorneys' fees.

2. At all times material hereto, in consideration of a premium paid by Plaintiff, there was in full force and effect a certain property insurance policy issued by Defendant with a policy number of BKS582227916 (Policy). Plaintiff does not have a copy of the Policy in their possession, custody, or control, however Plaintiffs incorporate the Policy by reference herein and will obtain a copy through Discovery.

3. Accordingly, under the terms of the Policy, Defendant agreed to provide insurance coverage to Plaintiffs' property against certain losses for both actual cash value and replacement cost value.

4. Plaintiff's property is located at 1100 US Hwy 17 92 S Haines City, FL 33844 (Property).

5. On or about 09/28/2022, while the Policy was in full force and effect, the Property was damaged (Loss).

6. Promptly thereafter Plaintiff reported the Loss to Defendant.

7. Accordingly, Defendant assigned claim number 24068956 to the Loss and investigated the Loss.

8. Subsequently, Defendant failed to indemnify, pursuant to the unambiguous terms of the Policy, Plaintiff for the Loss.

9. By failing to properly indemnify Plaintiffs for the Loss, Defendant has materially breached the Policy by failing to pay the actual cash value and replacement cost value of the claim.

10. Plaintiff suffered and continues to suffer damages resulting from Defendant's material breach of the Policy.

11. All (a) conditions precedent and (b) conditions subsequent to the filing of this action have been satisfied or waived.

12. At least 1east ten (10) business days prior to the filing of this action, pursuant to Fla. Stat. § 627.70152 and/or § 627.428 Plaintiffs sent a presuit settlement demand to Defendant.

13. Defendant failed to properly respond to said settlement demand.

## COUNT 1 - BREACH OF CONTRACT

14. Plaintiffs reincorporate paragraphs one (1) through thirteen (13) in Count I.

15. By failing to indemnify the Loss pursuant to the unambiguous terms of the Policy and by failing to properly respond to said presuit settlement demand, Defendant has materially breached the Policy.

16. Plaintiffs suffered, and continue to suffer, damages resulting from Defendant's material breach of the Policy.

17. Plaintiffs were obligated to retain the undersigned attorneys for the prosecution of this action and is entitled to reasonable attorneys' fees pursuant to Fla. Stat. § 627.428 and/or Fla. Stat. § 627.70152.

WHEREFORE, Plaintiffs respectfully request that this Honorable Court enter judgment against Defendant for damages, plus interest, court costs, and reasonable attorneys' fees pursuant to Fla. Stat. § 627.428 and/or Fla. Stat. § 627.70152. Plaintiffs were obligated to retain the undersigned attorneys for the prosecution of this action and is entitled to reasonable attorneys' fees pursuant to Fla. Stat. § 627.70152.

## DEMAND FOR JURY TRIAL

Plaintiff demands trial by jury of all issues triable as a matter of right.

Dated: July 03, 2023

                                        Respectfully submitted,

                                        //s/ Brittany G. Melendez
                                        Brittany G. Melendez, Esq.
                                        Florida Bar No: 119929
                                        Weisser Elazar & Kantor, PLLC
                                        Attorneys for Plaintiff
                                        708 E. Colonial Dr., Suite 103
                                        Orlando, FL 32803
                                        T: (407)698-5620
                                        F: (954) 572-8695
                                        Email: BGM@WEKLaw.com
                                                   JR@WEKLaw.com
                                                   SERVICE@WEKLaw.com